**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

DANIEL ANTONIO ALMONTE,

                         Plaintiff,                        **24-CV-9810 (KHP)**

         -against-                            **CASE MANAGEMENT ORDER**

MOHAMMED SALIM and
MATILDE CASTRO-ARRIAZA.,

                         Defendants.

--------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties in the above-captioned action appeared before the undersigned for a case management conference on March 3, 2026.  At that conference, the Court ordered the following on the record:

- The expert discovery deadline is extended to **April 30, 2026.**

- Motions for summary judgment are due **May 29, 2026**, with opposition due **June 29, 2026**, and replies due **July 13, 2026.**

- The parties shall file a status update, including an update on the status of settlement discussions, on **April 2, 2026.**

     **SO ORDERED.**

DATED:     New York, New York
             March 3, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge